IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA PAUL HANKE PLAINTIFF

v. Case No. 6:26-cv-06034

DEPUTY SHERIFF EDWARDO GRAJEDA
(Garland County Sheriff's Office);
PUBLIC DEFENDER MARK FRAISER;
JUDGE MEREDITH SWITZER
(Circuit Court);
NORMAN FRISBY
(Deputy Prosecuting Attorney);
MICHELLE LAWRENCE
(Prosecuting Attorney);
DEPUTY SHERIFF JOHN DOE #1
(Garland County Sheriff's Office);
DEPUTY SHERIFF JOHN DOE #2
(Garland County Sheriff's Office)
TIM BECKHAM
(Garland County Public Defender) DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on August 24, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Ford conducted a preservice screening of Plaintiff Joshua Paul Hanke's amended complaint (ECF No. 8) and now recommends that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(a). Specifically, Judge Ford finds that Plaintiff failed to allege facts showing the deprivation of any federal statutory or constitutional right.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed[1]. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the

[1] The Court notes that Plaintiff filed a Motion to Amend his amended complaint on May 12, 2026. (ECF No. 8). The Court reviewed Plaintiff's Motion to Amend and finds that Plaintiff did not assert specific objections to the Report and Recommendation. *See Thomspon v. Nix*, 887 F.2d 356, 358-59 (8th Cir. 1990) ("[O]bjections must be timely and specific to trigger de novo review by the District Court of any portion of the magistrate's report and recommendations."). Rather, Plaintiff seeks to "show cause in his complaint, including, but not limited to, a Rule 37 (refiled), a complaint against a Judge with the Arkansas Judicial Discipline and Disability Commission, a complaint

record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

with the Arkansas Bar Association, and, potentially, a Federal Habeus Corpus." (ECF No. 12). The Court finds that Plaintiff's proposed second amended complaint does not cure the deficiencies identified by Judge Ford in his first amended complaint.